UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VERNON C. FISCHER,   CIVIL NO. 09-3506 (PJS/JSM)

   Plaintiff,

v.   ORDER

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.,
AURORA LOAN SERVICES, LLC,

   Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated July 30,2 010. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Defendants' Motion and Amended Motion to Dismiss [Docket Nos. 3, 7] is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: 8/18/10

       s/Patrick J. Schiltz
       PATRICK J. SCHILTZ
       United States District Judge